JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SARAH JO ANTONUCCI,<br><br>   Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY and DOES 1 THROUGH 50, Inclusive,<br><br>   Defendants. | Case No. 5:20-cv-01835 RGK (KKx)<br><br>(~~PROPOSED~~) **ORDER TO DISMISS ACTION WITH PREJUDICE** |

   Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed in its entirety, with prejudice.  Each party is to bear their own attorneys' fees and costs.

   **IT IS SO ORDERED.**


DATED:  January 20, 2021

             _____
             HONORABLE R. GARY KLAUSNER
             UNITED STATES DISTRICT JUDGE